IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KERBY CADET,
Inmate No. L14499,
    Plaintiff,

vs.                                                  Case No. 3:14cv54/RV/EMT

MICHAEL CREWS, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 26, 2016 (ECF No. 45). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections (ECF No. 46).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and

Case 3:14-cv-00054-RV-EMT   Document 47   Filed 05/11/16   Page 2 of 2

Page 2 of 2

incorporated by reference in this order.

    2.      The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.      All pending motions are denied as moot.

**DONE AND ORDERED** this 11th day of May, 2016.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**